■ SEVEN PARK AVENUE CORP., Respondent, v STEVEN
GREEN, Appellant. [715 NYS2d 697] —Judgment, Supreme Court,
New York County (Barbara Kapnick, J.), entered May 17, 2000,
upon the parties' respective motions for summary judgment,
*inter alia*, declaring that defendant tenant's installation of a
half bath in his apartment was a breach of his proprietary
lease with plaintiff cooperative housing corporation, and
permanently enjoining defendant to remove such installation,
unanimously affirmed, with costs.

Since paragraph 21 of the proprietary lease plainly states
that consent for alteration of "pipes" or "plumbing fixtures,"
among other things, "shall not be unreasonably withheld,"
plaintiff's denial of defendant's supplemental application to
install the half bath was "not sheltered from review by the
business judgment rule" (*Rosenthal v One Hudson Park*, 269
AD2d 144, 145). Accordingly, the trial court properly concluded
that a trial was needed to determine whether plaintiff's action
was in fact "reasonable," i.e., "legitimately related to the
welfare of the cooperative" (*id.*).

The trial evidence, viewed in a light favorable to the prevail-
ing party (*see, Thoreson v Penthouse Intl.*, 80 NY2d 490, 495),
supports the court's conclusion that plaintiff's board's denial of
permission to complete the half bath was reasonable, based on

concern for a possible adverse impact on the building's plumbing infrastructure, longstanding board policy and a reluctance to set a precedent for similar applications. Concur—Rosenberger, J. P., Wallach, Saxe, Buckley and Friedman, JJ.